# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

**Andrea E. Celli, Esq.**
**Trustee**
**Bonnie Baker, Esq.**
**Assoc. Attorney**

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

September 20, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   05-18787                Thomas G. Clute

To Whom It May Concern:

Enclosed please find check #922938 in the amount of $.63. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Thomas G. Clute
                  329 Atomic Project Rd. #11
                  Ballston Spa, NY 12020

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of

**RECEIVED & FILED**

**SEP 2 1 2011**

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY